UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. GINGRICH and<br>JANN C. GINGRICH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, N.A. and<br>NEW PENN FINANCIAL, LLC, d/b/a<br>SHELLPOINT MORTGAGE SERVICING<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION 1:16-cv-11382<br><br>Honorable Virginia M. Kendall |

## DEFENDANTS' RESPONSE TO MARCH 1, 2017 ORDER

Pursuant to this Court's March 1, 2017 order (doc. no. 25) defendants New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and Bank of America, N.A. (**BANA**) (collectively **defendants**) hereby notify the Court that the Gingriches' first amended complaint (doc. no. 23) does not moot defendants' motion to dismiss (doc. no. 15). Defendants request this Court apply the motion to dismiss to the amended complaint and set a briefing schedule. In support of this request, defendants state as follows:

1. The amended complaint purports to state the following causes of action: (1) Fair Debt Collection Practice Act, 15 U.S.C. § 1692 et. seq. (**FDCPA**); (2) Real Estate Settlement Procedures Act, 12 U.S.C. 2601 et. seq. (**RESPA**); (3) Illinois Consumer Fraud and Deceptive Practice Act, 815 ILCS 505/1 et. seq. (**ICFA**), and (4) breach of contract. These are identical to those stated in the original complaint.

2. Just as in the original complaint, the Gingriches claims are entirely based upon their failed attempt to finalize their loan modification.

3. Defendants seeks dismissal because (1) the Gingriches never allege they notarized the permanent modification as required; (2) even proceeding under the permanent modification, the agreement provides the original loan documents govern if the Gingriches fail to consummate the agreement —which is the case here; (3) the Gingriches arguments are contradicted by the complaints' exhibits; and (4) the causes of action are legally insufficient. Each of these arguments stand. While the amended complaint provides some additional factual background, it does not alter the underlying basis for the complaint. *See* Ex. 1, document comparison between complaint and amended complaint.

4. The amended complaint also attaches additional exhibits. Rather than negate, these exhibits bolster defendants' arguments. For example, exhibit B states the permanent modification "must be notarized."

5. In their motion to amend the complaint, the Gingriches assert the additional exhibits attached to the amended complaint should eliminate any dispute regarding which documents this Court should consider under Rule 12(b)(6)[1]. (doc. No. 19, ¶ 9).

6. The original complaint's deficiencies have not been cured by the amended complaint. Defendants' motion to dismiss should be applied to the amended complaint.

7. Defendants request this Court set a briefing schedule on the motion to dismiss.

---

[1] While defendants agree the amended complaint attaches many of the same documents from defendants' motion to dismiss, all documents attached to the motion to dismiss should be considered because they are referenced in the complaint and are central to the Gingriches claims. (*See* Doc. 14, § II(B)). The same references are made in the amended complaint.

DATED: March 7, 2017.

                                             Respectfully submitted,

                                     By:   /s/ *Rebekah A. Childers*
                                     Melissa E. Manning (ARDC #6288381)
                                     Rebekah A. Childers (ARDC #6305616)
                                     **AKERMAN LLP**
                                     71 South Wacker Drive, 46th Floor
                                     Chicago, IL 60606
                                     (312) 634-5731 Telephone
                                     (312) 424-1931 Facsimile
                                     melissa.manning@akerman.com
                                     rebekah.childers@akerman.com

                                     *Attorneys for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on March 7, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By: /s/ *Rebekah A. Childers*

Rebekah A. Childers (ARDC #6305616)
**AKERMAN LLP**
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
(312) 634-5731 Telephone
(312) 424-1931 Facsimile
rebekah.childers@akerman.com